```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

| | |
|---|---|
| **LAPHONSE A.T. YOUNG,** | \* |
| Plaintiff, | \* |
| vs. | \*  CIVIL ACTION NO. 22-00444-B |
| **KILOLO KIJAKAZI,**<br>Acting Commissioner of<br>Social Security, | \* |
| Defendant. | \* |

## JUDGMENT

In accordance with the order entered on June 14, 2023, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Defendant's unopposed motion for remand (Doc. 14) is **GRANTED,** and that the decision of the Commissioner of Social Security denying Plaintiff a continuation of disability insurance benefits is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  See Melkonyan v. Sullivan, 501 U.S. 89 (1991).  The remand pursuant to sentence four of § 405(g) makes Plaintiff a prevailing party for purposes of the Equal Access to Justice Act, 28 U.S.C. § 2412, see Shalala v. Schaefer, 509 U.S. 292 (1993), and terminates this Court's jurisdiction over this matter.

**ORDERED** this **14th** day of **June, 2023.**

/s/ SONJA F. BIVINS
**UNITED STATES MAGISTRATE JUDGE**