```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF ALABAMA
            SOUTHERN DIVISION
```

| | |
|---|---|
| **LAPHONSE A.T. YOUNG,** | * |
| | * |
|     Plaintiff, | * |
| | * |
| vs. | *  CIVIL ACTION NO. 22-00444-B |
| | * |
| **KILOLO KIJAKAZI,** | * |
| Acting Commissioner of | * |
| Social Security, | * |
| | * |
|     Defendant. | * |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff Laphonse A.T. Young's Amended Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act (Doc. 20) is hereby **GRANTED in part,** and that Plaintiff is hereby **AWARDED** attorney's fees under the Equal Access to Justice Act in the amount of **$1,246.65,** payable to Plaintiff. No costs are taxed.

    **DONE** and **ORDERED** this **8th** day of **September, 2023.**

                                                  /s/ SONJA F. BIVINS
                                      **UNITED STATES MAGISTRATE JUDGE**